# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Gall, Jonathan Taylor | Docket No. | 2:14CR00109-TOR-3 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Charles J. Kuipers, PRETRIAL SERVICES OFFICER presenting an official status report upon the conduct of defendant Jonathan Taylor Gall, who was ordered into the Sun Ray Court Inpatient Treatment Facility on February 19, 2015, by the Honorable U.S. Magistrate Judge John T. Rodgers.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

Defendant admitted to Sun Ray Court staff that on March 28, 2015, he had used methamphetamine and heroin.

**PRAYING THAT THE COURT WILL ORDER A WARRANT**

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: April 1, 2015

by s/Charles J. Kuipers

Charles J. Kuipers
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice

Signature of Judicial Officer

April 1, 2015
Date