PROB 12C
(7/93)

Report Date: May 6, 2016

# United States District Court

for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jonathan Taylor Gall     Case Number: 0980 2:14CR00109-TOR-3

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: October 20, 2015

| | |
|---|---|
| Original Offense: | Conspiracy to Possess with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Heroin, 21 U.S.C. §§ 841(a)(a), (b)(1)(c) and 846 |
| Original Sentence: | Prison 14 months; TSR - 60 months |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard |
| Defense Attorney: | Federal Public Defenders |

Type of Supervision: Supervised Release

Date Supervision Commenced: October 20, 2015

Date Supervision Expires: October 19, 2020

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/01/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

3     **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.

**Supporting Evidence**: Jonathan Gall left the judicial district without the permission of the Court or probation officer on or about April 21, 2016.

On April 21, 2016, Mr. Gall was arrested on his outstanding warrant while in Phoenix, Arizona. Mr. Gall never received permission from the Court or U.S. Probation to travel to the District of Arizona.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 5/6/2016

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

May 6, 2016

Date